## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### (Marshall Division)

| | | |
|---|---|---|
| FRANKLIN INVENTIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No: 2:09-cv-377 |
| | § | |
| ELECTION SYSTEMS & SOFTWARE, | § | |
| INC., et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This action comes before the Court on the Joint Motion of Dismissal of Plaintiff Franklin Inventions, LLC ("Franklin"), and Defendants Election Systems & Software, Inc. ("ES&S") and Premier Election Solutions, Inc. ("Premier"), who have agreed to a compromise and settlement of all claims that were brought or that could have been brought by them in this Civil Action.

WHEREFORE, upon the Joint Motion of Dismissal by through Franklin's ESS' and Premier's attorneys, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

1.     All claims brought by Franklin against ES&S and Premier, and all claims brought by ES&S and Premier against Franklin, are hereby dismissed with prejudice

2.     Each party to this Order shall bear its own costs and attorneys' fees.

**SIGNED this 24th day of April, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE